**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03252-LTB

EARL J. CROWNHART,

    Applicant,

v.

CHRISTIAN MULLER, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a two Motions, ECF Nos. 6 and 7, on December 15, 2014. The motions are nonsensical. Furthermore, this case was dismissed on December 4, 2014. The Motions, therefore, are denied as inappropriate and moot.

Dated:  December 16, 2014